| | |
|---|---|
| Bruce J. Zabarauskas, SBN. 248601<br>THOMPSON & KNIGHT LLP<br>707 Wilshire Blvd., Suite 4100<br>Los Angeles, California 90017<br>Telephone: (310) 203-6902<br>Facsimile: (310) 203-6980<br>Email: bruce.zabarauskas@tklaw.com<br><br>Justin S. Cohen (*pro hac vice*)<br>Richard L. Wynne, Jr. (*pro hac vice*)<br>THOMPSON & KNIGHT LLP<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214)969-1700<br>Facsimile: (214)969-1751<br>Email: justin.cohen@tklaw.com<br>Email: richard.wynne@tklaw.com<br><br>*Attorneys for Plaintiffs* | IRELL & MANELLA LLP<br>Jonathan S. Kagan (166039)<br>Talin Gordnia (274213)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>Email: jkagan@irell.com<br>Email: tgordnia@irell.com<br><br>*Attorneys for Defendant*<br>*Juniper Networks, Inc.* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>JUNIPER NETWORKS, INC.,<br><br>              Defendant. | Case No. 3:16-cv-00558-SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

      In accordance with Civil Local Rules 6-2 and 7-12, Plaintiffs Chrimar Systems, Inc. and Chrimar Holding Company (collectively, "Chrimar") and Defendant Juniper Networks, Inc. ("Juniper"), by and through their respective counsel, hereby stipulate and agree as follows:

      On July 1, 2015, Chrimar filed suit against various defendants in the Eastern District of Texas alleging infringement of U.S. Patent Nos. 8,155,012, 8,942,107, 8,902,760, and 9,019,838 (collectively, the "Patents-in-Suit").

      Four of the cases have been transferred to the Northern District of California, and are

presently before this Court: *Chrimar Systems, Inc. et al. v. Juniper Networks, Inc.*, Case No. 3:16-cv-00558-SI (N.D. Cal.); *Chrimar Systems, Inc. et al. v. Ruckus Wireless, Inc.*, Case No. 3:16-cv-186-SI (N.D. Cal.); *Chrimar Systems, Inc. et al. v. NETGEAR, Inc.*, Case No. 3:16-cv-624-SI (N.D. Cal.); *Chrimar Systems, Inc. et al. v. Fortinet, Inc.*, Case No. 3:16-cv-00897-SI (N.D. Cal.) (collectively, the "N.D. Cal. Chrimar Cases").

The Court has set the four N.D. Cal. Chrimar cases for case management conferences ("CMCs") on four separate dates: April 15, 2016 (Case No. -897); April 22, 2016 (Case No. 186); May 6, 2016 (Case No. -558); and May 20, 2016 (Case No. -624).

Counsel for the parties in all of the N.D. Cal. Chrimar Cases have conferred and believe that there would be benefits to the Court and the parties to schedule the CMCs for all of the cases scheduled on the same date, and at the Court's convenience, at the same time if possible.

Counsel for the parties in all of the N.D. Cal. Chrimar Cases are available for CMC on April 22, 2016, which is the date the Court had set the CMC for the *Chrimar v. Ruckus* case (No. 3:16-cv-186). Accordingly, if the Court's schedule permits, counsel for the parties in this action have agreed to reschedule the CMC currently set for May 6, 2016, to April 22, 2016, at or near 2:30 p.m., when the Ruckus CMC is currently scheduled.

No prior changes to the schedule have been made since this action was transferred to this Court.

Because the Court has not entered a Scheduling Order in any of the four N.D. Cal. Chrimar Cases, the requested time modification will have no effect on the schedule for this or any of the cases.

IT IS HEREBY AGREED AND STIPULATED, that the CMC in this case shall be rescheduled to April 22, 2016, at 2:30 p.m. and the related deadline for filing a joint CMC statement is adjusted to April 15, 2016.

Respectfully submitted,

/s/ Richard L. Wynne, Jr.
Richard L. Wynne, Jr.
THOMPSON & KNIGHT LLP

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Talin Gorndia w/permission R. Wynne
Talin Gordnia (274213)
Irell & Manella LLP

*Counsel for Defendant Juniper Networks, Inc.*

# CERTIFICATE OF SERVICE

## Case No. 3:16-cv-00558-SI

STATE OF TEXAS, COUNTY OF DALLAS

I am employed in the County of Dallas, State of Texas. I am over the age of 18 and not a party to the within action. My business address is 1722 Routh Street, Suite 1500, Dallas, Texas 75201. On April 21, 2015, I served documents described as follows:

**Stipulation and [Proposed] Order to Reschedule Case Management Conference**

I served the document listed above on the interested parties below, using the following means:

**[X]** **(By Court's CM/ECF System) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed on the CM/ECF service list**.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 18, 2016, at Dallas, Texas.

/s/ Richard L. Wynne, Jr.
Richard L. Wynne, Jr.

1

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4 Dated: ___March 22, 2016        _____

5                                  THE HONORABLE SUSAN ILLSTON
                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
CASE NO. 3:16-CV-00558-SI