# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JUNIPER NETWORKS, INC.,<br><br>　　　　Defendants. | Case No.  16-cv-00558-SI   (SI)<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

　　The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

　　IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

　　**IT IS SO ORDERED**.

Dated: 9/30/2020

_____
SUSAN ILLSTON
United States District Judge